FILED

09/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0402



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0402

IN THE MATTER OF THE GUARDIANSHIP
OF:

J.S.M.,

    A Minor Child:

DIANA R. MERIDETH and KENNETH M.
MERIDETH,

        Petitioners, Appellees
        and Cross Appellants,

                                        ORDER OF MEDIATOR
                                         APPOINTMENT

IN THE MATTER OF THE GUARDIANSHIP
OF:

J.S.M.,

    A Minor Child:

CAROL M. MERIDETH,

        Petitioner and Appellant.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Dana Charles Christian,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this September 1, 2020.

Bowen Greenwood, Clerk of the Supreme Court

c:    Sherine Diane Blackford, Monica Payne, Kevin S. Brown, Margaret Sullivan Braun, Sheryl L. Wambsgans